# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## (Case No. 14-16200)
Related to Case Nos. 13-17607

In Re: NETFLIX PRIVACY LITIGATION

JEFF MILANS, PETER COMSTOCK,
Individually and on behalf of all others similarly situated,

Plaintiffs/Appellees

GARY WILENS,

Objector/Appellant

v.

NETFLIX, Inc.,

Defendant/Appellee

## APPELLANT GARY WILENS' MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA,
HONORABLE EDWARD J. DAVILA, PRESIDING
Case No. 5:11-cv-00379-EJD

**LAKESHORE LAW CENTER**
**JEFFREY WILENS (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**(714) 854-7205**
**(714) 854-7206 (fax)**

**Attorney for Appellant Gary Wilens**

i

Pursuant to Federal Rule of Appellate Procedure 42 (b), Objector and Appellant, GARY WILENS, by and through his attorney, Jeffrey Wilens, hereby moves the Court for an order dismissing the above captioned appeal.  Concurrently, WILENS is moving to dismiss the pending appeals in 13-15723 and 13-17607.

Objector/Appellant and Plaintiffs/Appellees have agreed that each side shall bear their own costs and fees on appeal.

DATED:  September 3, 2014

>Respectfully submitted,
>
>By _/s/_Jeffrey Wilens_____
>
>JEFFREY WILENS
>Attorney for Appellant

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 3, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

       ____/s/_Jeffrey Wilens_____

       Jeffrey Wilens